UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | INDICTMENT NO. 3:05-cr-00022 |
| v. | ) | Violation of Supervised Release |
| | ) | |
| GREGORY SCOTT LEGETTE, | ) | |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

WHEREAS Tina E. Maddox has filed a Motion for Leave of Absence in the above-styled action requesting leave form court from December 23, 2014 through January 5, 2015 and the Court having considered the same,

IT IS HEREBY ORDERED AND ADJUDGED that said Motion for Leave of Absence is GRANTED.

SO ORDERED this 15th day of December, 2014.

_____
Judge, United States District Court
Southern District of Georgia, Dublin Division

Order prepared by:

Tina E. Maddox
P.O. Box 1343
Vidalia, GA 30475
(912) 537-3025