FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY -4 PM 3: 31

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and DUBLIN DIVISIONS

IN RE: ) Case Nos.: CR114-098, A. L. Butler
) CR115-018, M. M. Ruff
LEAVE OF ABSENCE REQUEST ) CR109-060, A. Davila
PATRICIA G. RHODES ) CR115-031, D. B. Osborne
October 21 through October 26, 2015 )
)
) CR315-0002, T. V. Bennett, et al.
) CR315-0003, M. J. Todd
) CR305-0022, G. S. Legette

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for October 21 through October 26, 2015, to attend a family wedding out of town; same is hereby GRANTED.

This _____ day of ____May____, 2015.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1