FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUN -1 AM 9:57

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos.: | CR305-022, G. S. Legette |
| | ) | CR315-013, R. A. Clark, et. al. |
| LEAVE OF ABSENCE REQUEST | ) | CR316-010, J. D. Upshaw |
| PATRICIA G. RHODES | ) | |
| June 13th through June 17th, 2016. | | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for June 13th through June 17th, 2016, for vacation; same is hereby GRANTED.

This ___1st___ day of ___June___, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1