UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND DUBLIN DIVISION



| | | |
|---|---|---|
| IN RE: | ) | Case Nos.: CR116-035, G. D. Tutt |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | CR305-022, G. S. Legette |
| PATRICIA G. RHODES | ) | CR315-013, R. A. Clark, et. al. |
| August 22nd through August 26th, 2016. | ) | CR316-010, J. D. Upshaw |
| | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for August 22nd through August 26th, 2016, to attend a legal conference out of town; same is hereby GRANTED.

This 25th day of July, 2016.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1